AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Lourie, Alan D | 2. Court or Organization<br><br>US Court of Appeals-Fed Circuit | 3. Date of Report<br><br>3/7/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge-active | 5. Report Type (check appropriate type)<br><br>○ Nomination, Date<br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/03<br>to<br>12/31/03 |
| 7. Chambers or Office Address<br><br>H.T. Markey Nat Courts Buildin<br>717 Madison Place NW<br>Washington, DC 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____     Date _____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | ████ trust 1 -contingent interest |
| 2. | Trustee | ████ trust 2-contingent interest |
| 3. | Member | Temple Law School Board of Visitors |
| 4. | Co-executor of estate | ████ estate |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 040690 | GlaxoSmithKline, successor to former employer, provides pension and group health and life insurance |

RECEIVED
MAR 15 11 16 AM '04
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | Jan-Dec | GlaxoSmithKline PLC pension | 88273.00 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☒ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Temple Law School | Dinner and hotel for meeting of Board of Visitors, May 1-2, Phila, Pa. |
| 2. | Federal Circuit Bar Association | Bench and bar conference, Amelia Is., Fla., meals and hotel, May 21-25 |
| 3. | Intellectual Property Owners | Dinner and hotel at meeting at which I spoke, Sept. 14-15, Chicago, Ill |
| 4. | Temple Law School | Dinner and hotel for Board of Visitors meeting, Nov. 20-21, Phila, Pa. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Vanguard Tax Exempt Money Mkt Fund | A | Dividend | K | T | | | | | |
| 2. Vanguard Tax-Ex MM Fund 2 | A | Dividend | K | T | | | | | |
| 3. Franklin Templeton Mutual Shares Fund | B | Dividend | M | T | | | | | |
| 4. Vanguard Health Care Fund | B | Dividend | M | T | | | | | |
| 5. T Rowe Price Cap Appreciation Fund (IRA) | B | Dividend | M | T | | | | | |
| 6. Vanguard Windsor II Fund | A | Dividend | L | T | | | | | |
| 7. Vanguard Intermed Tax Exempt Fund 1 | D | Dividend | | | Partial sale | 6/2 | N | E | |
| 8. | | | | | Sell | 6/20 | N | E | |
| 9. Vanguard High Yield Corp Fd (IRA) | D | Dividend | L | T | | | | | |
| 10. College Retirement Equity Fd-TIAA-CREF | C | Interest | L | T | | | | | |
| 11. Riggs Bank, Wash. DC checking account | A | Interest | K | T | | | | | |
| 12. US Treasury notes | B | Interest | K | T | | | | | |
| 13. Vanguard 500 Index Fund | B | Dividend | M | T | | | | | |
| 14. Vanguard Extended Market Index Fund | B | Dividend | M | T | Partial sale | 7/28 | K | C | |
| 15. Vanguard Global Equity Fund | B | Dividend | L | T | Buy | 2/28 | K | | |
| 16. | | | | | Buy | 7/28 | K | | |
| 17. Vanguard Intermed Tax Exempt Fund 2 | D | Dividend | | | Sell | 7/16 | M | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lourie, Alan D | 3/7/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Vanguard Pacific Stock Index Fund | A | Dividend | K | T | | | | | |
| 19. | Fidelity Dividend Growth Fund | A | Dividend | M | T | | | | | |
| 20. | Vanguard Internat Explorer Fd | | None | | | Sell | 2/28 | K | A | |
| 21. | Vanguard European Stock Index Fund | B | Dividend | L | T | | | | | |
| 22. | Vanguard Limited Term Tax Exempt Fund 1 | E | Dividend | O' | T | Buy | 6/20 | N | | |
| 23. | | | | | | Buy | 6/27 | N | | |
| 24. | Vanguard Limited Term Tax Exempt Fund 2 | B | Dividend | O | T | Buy | 11/3 | M | | |
| 25. | | | | | | Buy | 11/24 | N | | |
| 26. | T. Rowe Price Tax-free IM Bond Fund | C | Dividend | L | T | | | | | |
| 27. | Vanguard MidCap Index Fund | A | Dividend | L | T | | | | | |
| 28. | Vanguard Small Cap Index Fund | A | Dividend | K | T | | | | | |
| 29. | Vanguard Wellesley Inc Fund | D | Dividend | | | Buy | 1/23 | O | | |
| 30. | | | | | | Sell | 8/18 | O | D | |
| 31. | Vanguard Equity Income Fund | E | Dividend | N | T | Buy | 8/18 | O | | |
| 32. | | | | | | Buy | 9/30 | K | | |
| 33. | | | | | | Partial sale | 11/24 | N | D | |
| 34. | IRA-TRPrice Eq Inc Fund | C | Dividend | M | T | | | | | |
| 35. | T.Rowe Price Short Term Bond Fund | E | Dividend | P1 | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,000-$2,500    C = $2,500-$5,000    D = $5,000-$15,000    E = $15,000-$50,000
   (See Columns B1 and D4)    F = $50,000-$100,000    G = $100,000-$1,000,000    H1 = $1,000,000-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,000-$50,000    L = $50,000-$100,000    M = $100,000-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,000-$1,000,000    P1 = $1,000,000-$25,000,000    P2 = $5,000,000-$25,000,000
                                              P3 = $25,000,000-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period If not exempt from disclosure (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 36. T. Rowe Price Midcap Value Fund | B | Dividend | L | T | | | | | |
| 37. T. Rowe Price Midcap Growth Fund | | None | L | T | | | | | |
| 38. Trust 1 (next 3 items) | | | | | | | | | |
| 39. Vanguard Federal Money Market Fund | A | Dividend | J | T | | | | | |
| 40. Vanguard High Yield Corp Fund | B | Dividend | K | T | Partial Sale | 10/2 | J | A | |
| 41. Riggs Bank, Wash., DC checking account | A | Interest | J | T | | | | | |
| 42. Trust 2 (3 items) | | | | | | | | | |
| 43. Riggs Bank, Wash., DC checking account | A | Interest | J | T | | | | | |
| 44. Vanguard Money Market Fund | C | Dividend | O | T | | | | | |
| 45. Vanguard Short Term Corp Fund | E | Dividend | | | Sell | 8/1 | O | D | |
| 46. Estate (co-executor of)-now terminated | | | | | | | | | |
| 47. Vanguard Fed Money Mkt Fd | A | Dividend | | | Sell | 9/8 | J | A | |
| 48. Vanguard ST Corp Bd Fd | B | Dividend | | | Sell | 1/9 | P1 | E | |
| 49. First Union Bank | A | Interest | | | Sell | 9/8 | J | A | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date __3/7/04__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544